MILLER GRADING AND CONSTRUCTION COMPANY v. MARIE LUCKEY

No. 7927DC394

(Filed 18 December 1979)

**Appeal and Error § 30.2— exceptions not properly preserved**

    Exceptions not preserved and set forth as required by the Rules of Appellate Procedure are deemed abandoned.

APPEAL by defendant from *Bulwinkle, Judge.* Order filed 23 February 1979 in District Court, GASTON County. Heard in the Court of Appeals 4 December 1979.

*Frank B. Rankin for plaintiff appellee.*

*Paul E. Hemphill for defendant appellant.*

MARTIN (Harry C.), Judge.

Appellant violated Rule 9(c)(4) of the North Carolina Rules of Appellate Procedure by failing to number the pages of the record on appeal. She also violated Rule 10(a), (c), by failing to make her exceptions in the record the basis of assignments of error and failing to list the exceptions after the assignments of error with identification of the pages in the record where they appear. In her brief, defendant failed to refer to the assignments of error and exceptions pertinent to the questions argued and failed to refer to pages of the record where they appear. This violates App. R. 28(b)(3).

Exceptions not preserved and set forth as required by the Rules are deemed abandoned. For these reasons the appeal is subject to dismissal. The Rules of Appellate Procedure are mandatory. *Craver v. Craver,* 298 N.C. 231, 258 S.E. 2d 357 (1979); *State v. Brown,* 42 N.C. App. 724, 257 S.E. 2d 668 (1979).

Appeal dismissed.

Judges VAUGHN and WEBB concur.